KRUSINSKI *v.* KRUSINSKI.

1. DIVORCE—EXTREME CRUELTY—INTOXICATION.
    Frequent intoxication of a husband, accompanied by charging his wife with infidelity, and by vile epithets in the presence of others, and ill treatment, constitutes extreme cruelty.

2. SAME—ALIMONY.
    Alimony amounting to $3 per week is awarded for the support of the wife and one child, as against a defendant who was capable of earning $2 a day.

Appeal from Wayne; Murfin, J. Submitted April 11, 1912. (Docket No. 114.) Decided May 31, 1912.

Bill by Helena Krusinski against Wladislaus Krusinski for divorce. From a decree dismissing complainant's bill, she appeals. Reversed.

*James H. Pound*, for complainant.

*August Cryowski*, for defendant.

MOORE, C. J. This is a bill filed in chancery by the

complainant for an absolute divorce. The charge is extreme cruelty and excessive use of intoxicants.

No testimony was offered on the part of defendant. From a decree dismissing the bill of complaint, the case is brought here by appeal.

During the 2½ years the parties lived together, two children were born to them. Soon after their separation, a third child was born. Next to the oldest child died. The proofs disclose that defendant frequently became intoxicated, and was cruel to his wife, calling her vile names and accusing her, in the presence of her mother and others, of a want of chastity. The case is clearly within *Berryman* v. *Berryman*, 59 Mich. 605 (26 N. W. 789), and the recent case of *Murray* v. *Murray*, 169 Mich. 388 (135 N. W. 262).

The record shows that when defendant is willing to work he earns $2 a day. The custody of the two children should be given to the mother, who has them. The defendant should pay to her, to help support them, the sum of $3 each week until the further order of the court.

The decree is reversed, with costs of both courts. A decree may be entered in this court in accordance with this opinion.

STEERE, McALVAY, BROOKE, BLAIR, STONE, and OSTRANDER, JJ., concurred. BIRD, J., did not sit.